UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| GUMWOOD HP SHOPPING PARTNERS, L.P., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 3:11-cv-00268-JD |
| | ) |
| SIMON PROPERTY GROUP, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**JOINT MOTION TO SCHEDULE SETTLEMENT CONFERENCE**

Plaintiff Gumwood HP Shopping Partners, L.P. and Defendant Simon Property Group, Inc. jointly request that a settlement conference in this case be scheduled as described below.  In support of this request, Plaintiff and Defendant state:

1.      On July 25, 2017, the Honorable Jon E. DeGuilio referred this case "to the Honorable Michael Gotsch, Sr. to conduct a settlement conference as soon as practicable." Dkt. 322.

2.      The parties have conferred and have determined that considering vacation and trial schedules, they are both available for a settlement conference on September 15, September 27, and October 2-6, 2017.

3.      The parties have agreed that, because of the complexities of this case and the number of Orders to be reviewed by the Court, settlement memoranda will be filed and exchanged two weeks before the mediation unless the Court schedules the mediation for September 15. Because of plaintiff's counsel's trial schedule, if the mediation is scheduled for September 15, the parties have agreed to file and exchange the settlement memoranda one week

1

before that date.

Accordingly, Plaintiff Gumwood HP Shopping Partners, L.P. and Defendant Simon

Property Group, Inc. jointly request that a settlement conference in this case be scheduled for

September 15, September 27, or October 2 – 6, 2017, if the Court's calendar permits.

Dated:  August 4, 2017

Respectfully submitted:

*/s/ Patrick D. Murphy*

Charles W. Douglas
John W. Treece
David M. Schiffman
Linton J. Childs
Veena K. Gursahani
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000
Fax:  (312) 853-7036
jtreece@sidley.com

Patrick D. Murphy (14312-49)
MURPHY RICE, LLP
400 Plaza Building
210 South Michigan Avenue
South Bend, Indiana 46601
Phone: 574-232-0300
Fax: 574-232-0400
pmurphy@murphyrice.com

**Counsel for Simon Property Group, Inc.**

*/s/ Ronald J. Waicukauski*

Henry J. Price, Atty. No. 5822-49
Ronald J. Waicukauski, Atty. No. 1089-53
Carol Nemeth Joven, Atty. No. 18091-53A
Brad A. Catlin, Atty. No. 21570-29
PRICE WAICUKAUSKI JOVEN & CATLIN, LLC
The Hammond Block Building
301 Massachusetts Avenue
Indianapolis, IN 46204
(317) 633-8787
hprice@price-law.com
rwaicukauski@price-law.com
cnemeth@price-law.com
bcatlin@price-law.com

**_Counsel for Plaintiff Gumwood HP Shopping Partners, L.P._**

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was electronically filed on August 4, 2017, with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to the following counsel of record for the Plaintiff:

Henry J. Price (hprice@price-law.com);
Ronald J. Waicukauski (rwaicukauski@price-law.com);
Carol A. Nemeth (cnemeth@price-law.com);
Brad A. Catlin (bcatlin@price-law.com); and
James A. Masters (MastersJim@AOL.com).

/s/ *Patrick D. Murphy*              .
Patrick D. Murphy (14312-49)

3