UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| GUMWOOD HP SHOPPING PARTNERS, L.P., <br><br> Plaintiff, <br><br> v. <br><br> SIMON PROPERTY GROUP, INC., <br><br> Defendant. | ) ) ) ) ) ) ) Case No. 3:11-CV-268 JD ) ) ) ) ) |

-FILED-
IN OPEN COURT
JUN 19 2018
At_____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## VERDICT FORM

**A.    Tying**

1.    Do you find that Simon imposed a tying arrangement, as defined in the jury instructions? **(circle one)**

(YES)    NO

*If "Yes," proceed to Question 2. If "No," proceed to Question 5.*

2.    Do you find that Simon had sufficient market power in the markets of any shopping centers used as "tying" products to enable Simon to restrain competition in the market in which University Park Mall operates? **(circle one)**

(YES)    NO

*If "Yes," proceed to Question 3. If "No," proceed to Question 5.*

3.    Do you find that the alleged tying arrangement foreclosed a substantial volume of commerce in the market in which University Park Mall operates? **(circle one)**

(YES)    NO

*If "Yes," proceed to Question 4. If "No," proceed to Question 5.*

4. Do you find that Gumwood was injured in its business or property because of the tying arrangement? **(circle one)**

(YES)     NO

*Proceed to Question 5.*

**B.   Monopolization**

5. Do you find that the market for leasable space in regional malls and lifestyle centers in the South Bend/Mishawaka area is a valid antitrust market? **(circle one)**

(YES)     NO

*If "Yes," proceed to Question 6. If "No," proceed to Question 13.*

6. Do you find that Simon has monopoly power in that market? **(circle one)**

(YES)     NO

*If "Yes," proceed to Question 7. If "No," proceed to Question 9.*

7. Do you find that Simon willfully acquired or maintained monopoly power in that market by engaging in anticompetitive conduct? **(circle one)**

(YES)     NO

*If "Yes," proceed to Question 8. If "No," proceed to Question 9.*

8. Do you find that Gumwood suffered injury to its business or property as a result of Simon's willful acquisition or maintenance of monopoly power? **(circle one)**

(YES)     NO

*If "Yes," proceed to Question 13. If "No," proceed to Question 9.*

C.    **Attempted Monopolization**

9.    Do you find that Simon had a specific intent to achieve monopoly power in the market for leasable space in regional malls and lifestyle centers in the South Bend/Mishawaka area? **(circle one)**

YES        NO

*If "Yes," proceed to Question 10. If "No," proceed to Question 13.*

10.    Do you find that Simon engaged in anticompetitive conduct? **(circle one)**

YES        NO

*If "Yes," proceed to Question 11. If "No," proceed to Question 13.*

11.    Do you find that, as a result of Simon's anticompetitive conduct, there was a dangerous probability that Simon would achieve its goal of monopoly in the market for leasable space in regional malls and lifestyle centers in the South Bend/Mishawaka area? **(circle one)**

YES        NO

*If "Yes," proceed to Question 12. If "No," proceed to Question 13.*

12.    Do you find that Gumwood suffered injury to its business or property as a result of Simon's anticompetitive conduct? **(circle one)**

YES        NO

*Proceed to Question 13.*

**D.     Statute of Limitations**

*Answer this question only if you answered "Yes" to all four elements of at least one of Gumwood's claims.*
*Otherwise, your deliberations are complete; the presiding juror should sign and date the verdict form.*

13.     Do you find that Gumwood's claims are barred by the statute of limitations, because its injuries accrued prior to June 29, 2007, and Simon did not commit a new and independent act that inflicted a new and accumulating injury that accrued on or after that date?

**(circle one)**

YES          (NO)

*If "Yes," your deliberations are complete; the presiding juror should sign and date the verdict form.*
*If "No," proceed to Question 14.*

**E.     Damages**

14.     What amount of damages do you find Gumwood has proved it is entitled to receive?

$ __2,400,000.__

Date: __June 19, 2018__          
                                  Signature of Presiding Juror