UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| GUMWOOD HP SHOPPING PARTNERS, L.P., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 3:11-cv-00268-JD-CAN |
| ) | |
| SIMON PROPERTY GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby stipulate, in consideration of a negotiated settlement agreement executed by them, to the dismissal with prejudice of this action. Each party to bear its own costs, expenses, and attorneys' fees.

IT IS SO STIPULATED.

Dated: June 27, 2018

By: /s/ Ronald J. Waicukauski
*One of the attorneys for Plaintiff*
*Gumwood HP Shopping Partners, L.P.*

Ronald J. Waicukauski, Atty. No. 1089-53
Carol Nemeth Joven, Atty. No. 18091-53A
Brad A. Catlin, Atty. No. 21570-29

301 Massachusetts Avenue, 2nd Floor
Indianapolis, IN 46204
P: (317) 633-8787
F: (317) 633-8797

rwaicukauski@price-law.com
cnemeth@price-law.com
bcatlin@price-law.com

By: /s/ John W. Treece
*One of the attorneys for Defendant*
*Simon Property Group, Inc.*

Charles W. Douglas (cdouglas@sidley.com)
John W. Treece (jtreece@sidley.com)
David M. Schiffman (dschiffman@sidley.com)
Linton J. Childs (lchilds@sidley.com)

One South Dearborn St.
Chicago, IL 60603
P: (312) 853-7484
F: (312) 853-7036

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that a copy of the foregoing was electronically filed on June 27, 2018, with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to the following counsel of record for the Plaintiff:

    Henry J. Price (hprice@price-law.com);
    Ronald J. Waicukauski (rwaicukauski@price-law.com);
    Carol A. Nemeth (cnemeth@price-law.com);
    Brad A. Catlin (bcatlin@price-law.com); and
    James A. Masters (MastersJim@AOL.com).

    *John W. Treece*
    John W. Treece